

FILED

AUG 15 2024

IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N.C.
By

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
MISC. NO. 1:24-MC-15

| | |
|---|---|
| IN RE PARAGON ADVANCED TECHNOLOGIES, INC. *et al.* v. PATRICK ECKELS, Civil Action No. 3:23-cv-03238-GC-RLS (D.N.J.) | MOTION TO COMPEL Fed. R. Civ. P. 37(a)(2) & 45 |

Plaintiffs Paragon Advanced Technologies, Inc. ("Paragon") and Paragon28, Inc. (together with Paragon "P28") move the Court to compel non-party Kenneth Gall to produce all non-privileged documents responsive to P28's properly served subpoena *duces tecum*. A true and accurate copy of the subpoena is attached as Exhibit A and incorporated by reference. The grounds for this motion are more fully set forth in P28's memorandum of law, which is being filed contemporaneously with this motion.

WHEREFORE, P28 respectfully requests that the Court enter an order compelling Mr. Gall to (1) produce all non-privileged documents responsive to the requests made in the subpoena to occur within ten (10) days of the order, (2) reimburse P28 for the reasonable expenses it incurred in making the motion, and (3) otherwise awarding P28 such other relief as the Court deems just and proper.

106080278.1

1

Respectfully submitted, this the 15th day of August, 2024.

WILLIAMS MULLEN

Robert C. Van Arnam
N.C. Bar No. 28838
rvanarnam@williamsmullen.com
Michael C. Lord
N.C. Bar No. 15966
mlord@williamsmullen.com
Andrew R. Shores
N.C. Bar No. 46600
ashores@williamsmullen.com
Carmelle F. Alipio
N.C. Bar No. 54738
calipio@williamsmullen.com
WILLIAMS MULLEN
301 Fayetteville Street, Suite 1700
Raleigh, NC 27601
T: 919-981-4000

and

BLANK ROME

Leigh Ann Buziak
PA Bar No. 93949
leighann.buziak@blankrome.com
Stephanie C. Chomentowski
PA Bar No. 204184
stephanie.chomentowski@blankrome.com
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
T: (215) 569-5386
     *83.1 Special Appearance forthcoming

*Attorneys for Plaintiff-Movant P28*

106080278.1

2

Case 1:24-mc-00015-UA-JLW     Document 1     Filed 08/15/24     Page 2 of 3

# CERTIFICATE OF SERVICE

I certify that, on August 15, 2024, the foregoing document was served upon Kenneth Gall by depositing with a designated delivery service authorized pursuant to 26 U.S.C. § 7502(f)(2) a copy of the document addressed to (1) Mr. Gall and (2) his counsel of record at the respective addresses indicated below in accordance with the provisions of the Federal Rules of Civil Procedure.

WILLIAMS MULLEN

Robert C. Van Arnam
*Attorneys for Plaintiff-Movant P28*

**SERVED:**

Kenneth Gall
108 Copley Mountain Drive
Durham, NC 27705-1453

Christopher S. Kroon
Duane Morris LLP
100 High Street, Suite 2400
Boston, MA 02110-1724
*Attorneys for Kenneth Gall*

106080278.1

3