

FILED
AUG 1 5 2024
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N. C.
By_____

| | |
|---|---|
| IN RE PARAGON ADVANCED TECHNOLOGIES, INC. *et al.* v. PATRICK ECKELS, Civil Action No. 3:23-cv-03238-GC-RLS (D.N.J.) | CERTIFICATE OF PERSONAL CONSULTATION AMONG COUNSEL<br><br>Fed. R. Civ. P. 37(a)(2)<br>LR 37.1 |

Leigh Ann Buziak, as counsel for Plaintiffs-movants Paragon Advanced Technologies, Inc. ("Paragon") and Paragon28, Inc. (together with Paragon "P28"), certifies for the Court the following:

1.     I am a partner in the law firm Blank Rome LLP, counsel for P28 in both this enforcement action and the underlying action pending in the United States Discrict Court for the District of New Jersey ("New Jersey Action"). I certify that P28's counsel has made and exhausted all reasonable efforts to reach agreement with counsel representing non-party restor3d, Inc. ("restor3d") on the matters set forth in P28's motion to compel. Our attempts in good faith to resolve this matter without the need for intervention by this Court have been unsuccessful. I have personal knowledge of the matters set forth in this certification.

2.     On May 21, 2024, P28 served its first subpoena duces tecum on Mr. Gall that was accepted by counsel on May 24, 2024 ("the Gall Subpoena"). *See* Ex. A to Memo in Support of Motion. The Gall Subpoena requests production

106103004.1

1

of various categories of documents related to Mr. Gall's communications with defendant Mr. Eckels and Mr. Gall's retention and disclosure of materials constituting P28's confidential information and trade secrets.

3. Mr. Gall, via counsel, the same counsel for restor3d, promised to produce relevant documents but have not. After numerous diligent efforts and communications with counsel for Mr. Gall, Mr. Gall has failed to produce any documents responsive to the Gall Subpoena. Specifically, in emails and communications between May 24, 2024 and July 25, 2024, P28 sought the production of documents. After several communications, including on June 17 and July 12, 2024, counsel for Mr. Gall on July 16, 2024 committed to finally producing on July 19, 2024 but then claimed delivery would be delayed due to technical issues. No production was made. We followed up via emails on July 23, 2024. During a telephone conversation on July 24, 2024, I was informed of a further technical issue with the collection of documents from Mr. Gall, and on July 25, 2024, I followed up again to ask for a date of production. On July 26, 2024, counsel stated that there was an error in the collection of documents for Mr. Gall, that responsive documents would be provided as soon as practical, and that an update on the status would be provided by August 7, 2024. To date, no further updates have been provided and no production has been made.

4. My team and I work primarily out of my firm's offices in New Jersey and Philadelphia. Lead and primary counsel for restor3d is in Boston,

106103004.1

2

Massachusetts. Accordingly, communication regarding discovery matters and disputes often occurred remotely as in person meetings could not easily be scheduled. That said, P28 has made every effort to resolve this matter short of motions practice.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted, this the 15th day of August, 2024.

WILLIAMS MULLEN

Robert C. Van Arnam
(N.C. Bar No. 28838)
Michael C. Lord
(N.C. Bar No. 15966)
Andrew R. Shores
(N.C. Bar No. 46600)
Carmelle F. Alipio
(N.C. Bar No. 54738)
WILLIAMS MULLEN
301 Fayetteville Street, Suite 1700
Raleigh, NC 27601
T: 919-981-4000
rvanarnam@williamsmullen.com
mlord@williamsmullen.com
ashores@williamsmullen.com
calipio@williamsmullen.com

and

BLANK ROME

Leigh Ann Buziak
(PA Bar No. 93949)

106103004.1

3

Stephanie C. Chomentowski
(PA Bar No. 204184)
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
T: (215) 569-5386
leighann.buziak@blankrome.com
stephanie.chomentowski@blankrome.com
*83.1 Special Appearance forthcoming

*Attorneys for Plaintiff-Movant P28*

## CERTIFICATE OF SERVICE

I certify that, on August 15, 2024, the foregoing document was served upon Kenneth Gall by depositing with a designated delivery service authorized pursuant to 26 U.S.C. § 7502(f)(2) a copy of the document addressed to (1) Mr. Gall and (2) his counsel of record at the respective addresses indicated below in accordance with the provisions of the Federal Rules of Civil Procedure.

WILLIAMS MULLEN

Robert C. Van Arnam
*Attorneys for Plaintiff-Movant P28*

**SERVED:**
Kenneth Gall
108 Copley Mountain Drive
Durham, NC 27705-1453

Christopher S. Kroon
Duane Morris LLP
100 High Street, Suite 2400
Boston, MA 02110-1724
*Attorneys for Kenneth Gall*

106103004.1

4